UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

ELIZABETH PANZARELLA, individually and on behalf of all others similarly situated; and JOSHUA ANTHONY PANZARELLA, individually and on behalf of all others similarly situated;

    Plaintiff

v

NAVIENT SOLUTIONS, INC.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:18-cv-00058

☐ JURY VERDICT. This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☉ DECISION BY COURT. This action came to before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

that Defendant's Motion to Dismiss is granted. Judgment is entered in favor of the Defendant, Navient Solutions, Inc. and against the Plaintiffs, ELIZABETH PANZARELLA, individually and on behalf of all others similarly situated; and JOSHUA ANTHONY PANZARELLA, individually and on behalf of all others similarly situated.

Date: August 31, 2018

CLERK, U.S. DISTRICT COURT

/s/ Brian Phillips
_____
By: Deputy Clerk